Christian M. Knox (SB No. 171780)
Colleen A. Snyder (SB No. 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114
christian@rudermanknox.com
colleen@rudermanknox.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA FERNANDEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. 2:19-CV-00082-MCE-AC<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>**Judge:** Hon. Morrison C. England, Jr. |

On May 28, 2019, PLAINTIFF Cynthia Hernandez, an Individual, and DEFENDANT Elk Grove Unified School District (collectively referred to herein as "the Parties"), through their counsel of record, filed a Joint Stipulation and Request for Extension of Time modifying the briefing schedule for responding to Defendant's Motion to Dismiss and Strike Portions of the First Amended Complaint (ECF Doc. 10).

///

///

///

///

///

Upon review of the Stipulation, the Court finds good cause to grant the Parties' request, and the briefing schedule to respond to Defendant's Motion to Dismiss and Strike Portions of the First Amended Complaint is modified as follows:

    a. Plaintiff's Opposition brief to be due by July 11, 2019;

    b. Defendant's Reply brief to be due by July 25, 2019.

IT IS SO ORDERED.

Dated: May 29, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE