Christian M. Knox (SB No. 171780)
Colleen A. Snyder (SB No. 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114
christian@rudermanknox.com
colleen@rudermanknox.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA FERNANDEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. 2:19-CV-00082-MCE-AC<br><br>**JOINT STIPULATION AND REQUEST TO STAY DISCOVERY PENDING RULING ON DEFENDANT'S MOTION TO DISMISS**<br><br>**Judge:** Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between PLAINTIFF Cynthia Fernandez, an Individual, and DEFENDANT Elk Grove Unified School District (collectively referred to herein as "the Parties"), through their counsel of record, as follows:

1. On January 11, 2019, Plaintiff Cynthia Fernandez filed her Complaint in the instant action (ECF Doc. 1);

2. On January 14, 2019, the Court issued a Pretrial Scheduling Order which required discovery to be completed within 365 days of the filing of the Complaint (ECF Doc. 4);

3. On April 8, 2019, Defendant Elk Grove Unified School District filed its Motion to Dismiss/Strike Portions of the Complaint (ECF Doc. 7);

4. On April 29, 2019, Plaintiff filed an Amended Complaint (ECF Doc. 9);

5. On May 13, 2019, Defendant Elk Grove Unified School District filed its Motion to Dismiss/Strike Portions of the Amended Complaint (ECF Doc. 10);

6. On May 14, 2019, the Court vacated the hearing and ordered that all Opposition and/or Reply briefs be filed in accordance with the original hearing date of June 27, 2019 (ECF Doc. 11);

7. On July 11, 2019, Plaintiff filed an Opposition to the Motion to Dismiss/Strike Portions of the Amended Complaint (ECF Doc. 15);

8. On July 25, 2019, Defendant filed a Reply to the Opposition to the Motion to Dismiss/Strike Portions of the Amended Complaint (ECF Doc. 17);

9. The parties require a ruling on the Motion to Dismiss/Strike Portions of the Amended Complaint prior to engaging in discovery;

10. Therefore, the Parties request that the Court stay discovery six (6) months, pending a decision on the Defendant's motion and the completion of a Joint Case Management Conference.

Respectfully Submitted,

Dated: September 10, 2019

*/S/ CHRISTIAN M. KNOX*
CHRISTIAN M. KNOX
Attorney for Plaintiff Cynthia Fernandez

Dated: September 10, 2019

*/S/ DOMENIC D. SPINELLI*
DOMENIC SPINELLI
Attorney for Defendant Elk Grove Unified School District

# ORDER

Good cause having been shown, the parties' stipulation is adopted as the Order of this Court.

IT IS SO ORDERED.

Dated: September 13, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE